**CIVIL CAUSE FOR STATUS CONFERENCE**

BEFORE JUDGE FEUERSTEIN   Date: JULY 13, 2005   TIME: 10:00 am

CV- 04-3923

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUL 13 2005 ★
LONG ISLAND OFFICE

TITLE:   POMPEY  -vs-  IMAGISTICS PITNEY BOWES

PLTFFS ATTY:   **THOMAS BELLO**
   X  present   ___ not present

   ___ present   ___ not present

   ___ present   ___ not present

DEFTS ATTY:   **LAWRENCE PEIKES**
   X  present   ___ not present

   ___ present   ___ not present

   ___ present   ___ not present

COURT REPORTER:   N/A      COURTROOM DEPUTY: Brian Ketcham

OTHER: _____

_X_ CASE CALLED.

___ ARGUMENT HEARD / CONT'D TO _____.

___ DECISION: ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** THE ACTION IS VOLUNTARILY DISMISSED WITHOUT PREJUDICE WITH LEAVE TO RESTORE ON TEN (10) DAYS NOTICE TO THE COURT AND DEFENDANT ON OR BEFORE 10/10/05, AFTER WHICH TIME THE DISMISSAL SHALL BE DEEMED AS WITH PREJUDICE.

SO ORDERED. *[signed]* Sandra J. Feuerstein, USDJ
7/13/2005

**CIVIL CAUSE FOR STATUS    CONFERENCE**
BEFORE JUDGE FEUERSTEIN  Date: JULY 13, 2005 TIME: 10:00 am
CV- 04-3923

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 13 2005 ★

LONG ISLAND OFFICE

TITLE:           POMPEY   -vs-   IMAGISTICS PITNEY BOWES

PLTFFS ATTY:  **THOMAS BELLO**
              X  present         ___ not present

              ___ present         ___ not present

              ___ present         ___ not present

DEFTS ATTY:   **LAWRENCE PEIKES**
              X  present         ___ not present

              ___ present         ___ not present

              ___ present         ___ not present

COURT REPORTER:   N/A            COURTROOM DEPUTY: Brian Ketcham

OTHER:

X   CASE CALLED.

___ ARGUMENT HEARD / CONT'D TO _____.

___ DECISION: ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** THE ACTION IS VOLUNTARILY DISMISSED WITHOUT PREJUDICE WITH LEAVE TO RESTORE ON TEN (10) DAYS NOTICE TO THE COURT AND DEFENDANT ON OR BEFORE 10/10/05, AFTER WHICH TIME THE DISMISSAL SHALL BE DEEMED AS WITH PREJUDICE.

                SO ORDERED

                                                  7/13/2005